UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWEDISH MATCH NORTH )<br>AMERICA INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 1:00-CV-01501 (TFH)<br><br>**FILED**<br><br>APR 0 9 2003<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER MODIFYING STIPULATED PROTECTIVE ORDER**

On motion of U.S. Smokeless Tobacco Company, U.S. Smokeless Tobacco Brands Inc., U.S. Smokeless Tobacco Manufacturing Limited Partnership, and UST Inc. (collectively "U.S. Smokeless"), and with no opposition to the motion from the Federal Trade Commission, Swedish Match North America Inc. and National Tobacco Company, L.P., parties to this action and signatories to the Stipulated Protective Order,

IT IS HEREBY ORDERED that the Stipulated Protective Order entered in this action on July 20, 2000, is modified as follows:

1. Paragraph 8 of the Stipulated Protective Order is modified to include the final sentence below, and will read in full as follows:

> Disclosure of confidential material to any person described in Paragraph 7 of this Order, or to any other person pursuant to Paragraph 12 of this Order, shall be only for the purposes of the preparation, hearing, and any appeal of this proceeding and any subsequent administrative proceeding arising from this transaction, and for no other purpose whatsoever. Nothing herein shall prevent persons described in Paragraph 7 of this Order from redacting or removing confidential information that is not to be disclosed to others hereunder from information that is otherwise disclosable, whether for purposes of this litigation, or otherwise.

- 2 -

2.　　In all other respects, the Stipulated Protective Order shall remain in full force and effect as entered.

Date: **April 9th**, 2003

*[signature]*

THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

## SERVICE OF ORDER

Wm. Bradford Reynolds
Marc G. Schildkraut
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2404

Daniel M. Abuhoff, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, New York 10022
Counsel for Swedish Match North America, Inc.

John S. Reed, Esq.
Reed Weitkamp Schell & Vice PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202-2812
Counsel for U.S. Smokeless

James V. Kearney, Esq.
Bruce Prager, Esq.
Latham & Watkins
885 Third Avenue, Suite 1000
New York, New York 10022-4802
Counsel for Swedish Match North America, Inc.

David Yewell, Esq.
Kamuf, Yewell & Pace
221 West Second Street
Owensboro, Kentucky 42303
Counsel for Swedish Match North America, Inc.

John F. Olsen, Esq.
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza
Newark, New Jersey 07011
Counsel for Swedish Match North America, Inc.

Marc L. Winerman, Esq.
Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580

Debra J. Pearlstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Counsel for National Tobacco Company, L.P.

Edward J. Foster, Esq.
Conwood Company, L.P.
813 Ridge Lake Boulevard
Memphis, TN 38101-0217

Blake Newton, Esq.
Swisher International, Inc.
20 Thorndal Circle
Darien, CT 06820

LeAnne Moore, Esq.
RBJ Sales, Inc.
3846 Highway 89 South
Dresden, TN 38225

Curt O'Rourke
Ralph Kallman
Eby Brown Company, L.P.
280 West Shuman Boulevard
Suite 280
Naperville, IL 60566

Jerry Ray
Modern Distributors, Inc.
P.O. Box 97
Somerset, KY 42502

Myron R. Williams
M.R.Williams, Inc.
235 Raleigh Road
Henderson, NC 27536

Dean Bryant
Anchor Tobacco, Inc.
605 Capitol Street
Charleston, WV 25301

2

Leonard G. Robinette
H.T. Hackney, Inc.
P.O. Box 238
Knoxville, TN 37901

Ronald Cross
Stephenson Wholesale
P.O. Box 70
Durant, OK 74701

Daryl Lance
Food Lion
2110 Executive Drive
Salisbury, NC 28147

Larry Pittman
Convenience Store Distributing Company
133 N.W. L Street
Richmond, IN 47374