UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:00-CV-01501 (TFH) |
| | ) | |
| SWEDISH MATCH NORTH AMERICA INC., et al., | ) | FILED |
| | ) | APR 1 0 2003 |
| Defendants. | ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

On motion of U.S. Smokeless Tobacco Company, U.S. Smokeless Tobacco Brands Inc., U.S. Smokeless Tobacco Manufacturing Limited Partnership, and UST Inc. (collectively "U.S. Smokeless"),

IT IS HEREBY ORDERED that

U.S. Smokeless' Motion to Intervene in the above-entitled action is GRANTED, and U.S. Smokeless shall be permitted to intervene in this action for the limited purpose of seeking modification of the Court's Stipulated Protective Order entered in this action on July 20, 2000.

Date: _____, 2003

THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE